## Behrle *v.* Department of Environmental Resources.

Argued December 6, 1971, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER and ROGERS. Judge MANDERINO did not participate.

*Holbrook M. Bunting, Jr.,* with him *John P. Trevaskis, Jr.,* and *Trevaskis, Doyle, Currie, Nolan & Bunting,* for appellant.

*Carl L. Mease,* Assistant Attorney General, with him *Arthur M. Feld,* Assistant Attorney General, and *J. Shane Creamer,* Attorney General, for appellee.

OPINION PER CURIAM, October 4, 1972:

This is an appeal from an adjudication of the Department of Environmental Resources affirming its decision to deny appellant's application for a permit to

construct and operate a sewage treatment plant to serve a proposed single family dwelling. We are of the opinion that the decision must be reversed. Accordingly, we issue the following

### ORDER

AND NOW, this 4th day of October, 1972, the adjudication of the Department of Environmental Resources dated July 23, 1971 is reversed; the Department of Environmental Resources is hereby directed to issue a permit allowing appellant to construct a sewage treatment plant to serve the subject premises.